IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHELE S. KAHLE, Personal ) Representative of the Estate of ) TYLER THOMAS KAHLE, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JLG INDUSTRIES, INC., ) <br> ) <br> Defendants. ) <br> _____) | Case No. 2:09-cv-00004 JWS (Consolidated) <br><br> ORDER OF <br> <u>DISMISSAL WITH PREJUDICE</u> |

Based on the stipulation of the parties, and the court being fully advised in the premises,

IT IS HEREBY ORDERED that all of the claims asserted by plaintiff in this action against JLG Industries, Inc., are hereby dismissed in their entirety and with prejudice, each side bearing its own costs and attorney's fees.

DATED at Anchorage, Alaska, this 1<u>ST</u> day of <u> August </u>, 2011.


 <u>/s/ JOHN W. SEDWICK</u>
Honorable John W. Sedwick
United States District Court Judge