**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

MICHELE S. KAHLE, Personal,
Representative of the Estate of
TYLER THOMAS KAHLE,
        Plaintiff,

v.

JLG INDUSTRIES, INC.,
        Defendant.

Case Number 2:09-cv-00004-JWS
(Consolidated)

**JUDGMENT IN A CIVIL CASE**

\_\_\_ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **DECISION BY COURT.** This action came before the court. The issues have been duly considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED:

      THAT all claims asserted by plaintiff in this action against JLG Industries, Inc., are hereby **DISMISSED** with prejudice, each side to bear its own costs and attorney's fees.

APPROVED:

/s/ JOHN W. SEDWICK
United States District Judge

Date: August 2, 2011

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

    MARVEL HANSBRAUGH
    Marvel Hansbraugh,
    Clerk of Court

[judgment Kahle.wpd]{JMT2.WPT*Rev.3/03}